USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
RAFAEL BUENO, DAVID RIVERA, VIERIMOLINA,
DESTINY DOMINGUEZ, AMADA REYNOSO,
JANE DOE I-X, JOHN DOEI-X,

                                        Plaintiffs ,

                    -against-

ALLCITY MEDICAL, P.C., ALLA B. BUZINOVER, M.D.,
HISPANIC MEDICAL HEALTH, P.C., K. ZARK MEDICAL,
P.C., KONSTANTINOS ZARKADAS, and YAN FELDMAN,

                                        Defendants.
--------------------------------------------------------------X

**22-CV-2216 (PAE) (KHP)**

**ORDER SCHEDULING SETTLEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, October 26, 2022**

**at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New

York.  Parties must attend in-person with their counsel.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-

conference submissions must be received by the Court no later than **October 19, 2022 by 5:00**

**p.m.**

                    SO ORDERED.

DATED:        New York, New York
              July 21, 2022

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge