USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAFAEL BUENO, DAVID RlVERA, VIERIMOLINA,
DESTINY DOMINGUEZ, AMADA REYNOSO,
JANE DOE I-X, JOHN DOEI-X,

                              Plaintiffs,

           -against-

ALLCITY MEDICAL, P.C., ALLA B. BUZINOVER, M.D.,
HISPANIC MEDICAL HEALTH, P.C., K. ZARK MEDICAL,
P.C., KONSTANTINOS ZARKADAS, and YAN FELDMAN,

                              Defendants.
-------------------------------------------------------------------X

22-CV-2216 (PAE) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the case management conference held on July 21, 2022, the Court orders the following:

- Plaintiffs' amended complaint shall be filed by July 29, 2022.

- Defendants' amended answer and counterclaims (if any) shall be filed by August 5, 2022.

- To the extent Defendants seek to move to dismiss the anticipated amended complaint, such motion shall be filed by August 10, 2022. Plaintiffs shall file their opposition by September 7, 2022. Defendants' reply shall be filed by September 14, 2022.

- The parties shall serve their initial disclosures by September 16, 2022.

- Fact discovery shall be completed by January 31, 2023.

- The parties shall file a joint status letter via ECF by September 16, 2022.

In light of the anticipated amended complaint, Defendants' motion to dismiss at ECF No. 39 is terminated as moot. Additionally, the initial case management conference scheduled for August 8, 2022 is adjourned.

**SO ORDERED.**

DATED:	New York, New York
	July 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge