# The Esses Law Group, LLC

Attorneys at Law
845 Third Avenue, 6th Floor
New York, New York 10022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022
```

Leo L. Esses                                                                 phone 212.673.3160
Leo@EssesLaw.com                                                        fax 212.845.9981

October 19, 2022

**APPLICATION DENIED**

*/s/ Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge
10/19/2022

<u>VIA ECF</u>

Hon. Katharine H. Parker
United States Magistrate Judge
United State District Court
500 Pearl Street, Room 750
New York, New York 10007

    Re:    *RAFAEL BUENO, et al. v. ALLCITY MEDICAL, P.C., et al.*
             *S.D.N.Y. Case No.: 22-cv-2216*

Dear Magistrate Judge Parker:

    My firm is counsel to defendants Yan Feldman, Alla B. Buzinover and Allcity Medical, P.C. (collectively, the "Defendants") in the above referenced action.  <u>I write to request that the Court adjourn the settlement conference schedule for Wednesday October 26, 2022.  I have spoken to Plaintiffs' counsel and they take no position on this request.</u>

    While the parties are hopeful that there is a time when a resolution to this matter can be accomplished, the current posture of this case does not lend itself to settlement.  First, as the Court is aware, defendants Feldman and Buzinover have yet to answer the Second Amended Complaint and their motion to dismiss is pending before the Court.  Second, while Plaintiffs have served their initial discovery responses to Defendant Allcity Medical, P.C., there are further responses that are needed before any settlement discussion can be had.  Third, Allcity Medical, P.C.'s discovery responses are not yet due.

Accordingly, I respectfully request that the settlement conference be adjourned to the middle of December, or such time thereafter that the Court is available.[1]

I thank the Court in advance for its time and attetion to this matter.

                Very truly yours,

                *Leo L. Esses*
                Leo L. Esses

cc: All counsel of record (ECF)

10/19/2022

---

[1] The parties respectfully request that the new date not be during the last two weeks of December.