UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAFAEL BUENO ET AL.,

                              Plaintiffs,                    22 Civ. 2216 (PAE) (KHP)

                              -v-                                  ORDER

ALLA B. BUZINOVER ET AL.,

                              Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      Plaintiff Destiny Dominguez filed a notice of voluntary dismissal in the above-captioned action, which brings claims under, *inter alia*, the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Dkt. 114. The Court directs the parties to file a joint letter, no later than July 10, 2023, confirming that the stipulation of voluntary dismissal by which the parties propose to dismiss the plaintiff's claims is not part of a settlement that would require review by this Court. *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that plaintiff's dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

      SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                                    Paul A. Engelmayer
                                                                    United States District Judge

Dated: June 26, 2023
         New York, New York

1