UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL BUENO, et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>ALLCITY MEDICAL, P.C., et al.,<br><br>      Defendants. | 22-CV-2216 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect, including Dkt. 120, notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: July 5, 2023
   New York, New York

                SO ORDERED.

                *Jessica Clarke*
                ———————————————
                JESSICA G. L. CLARKE
                United States District Judge