```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAFAEL BUENO, DAVID RIVERA, VIERI MOLINA,
DESTINY DOMINGUEZ, AMADA REYNOSO,
JANE DOE I-X, JOHN DOEI-X,

                    Plaintiffs,                              22-CV-2216 (JGLC) (KHP)

       -against-                                          **ORDER**

ALLCITY MEDICAL, P.C., ALLA B. BUZINOVER, M.D.,
HISPANIC MEDICAL HEALTH, P.C., K. ZARK MEDICAL,
P.C., KONSTANTINOS ZARKADAS, and YAN FELDMAN,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the September 13, 2023 Case Management Conference:

       In the event Plaintiff's counsel seeks to withdraw due to issues regarding the attorney-client relationship that were discussed at the Case Management Conference, such motion shall be filed by **Friday, September 29, 2023**.

       The parties are directed to meet and confer to narrow the existing discovery disputes. Any motion to compel discovery is due by **Thursday, October 5, 2023**, and the opposition brief to any motion to compel is due by **Thursday, October 19, 2023.**

       SO ORDERED.

DATED:      New York, New York
                 September 13, 2023

                                                          *Katharine H. Parker*
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge