The Esses Law Gr[oup]

Attorney at La[w]

845 Third Avenue, 6th

New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023

Leo L. Esses
Leo@EssesLaw.com

phone 212.673.3160
fax 212.845.9981

November 6, 2023

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United State District Court
500 Pearl Street, Room 750
New York, New York 10007

     Re:   *Rafael Bueno, et al. v. Allcity Medical, P.C., et al.*
              *S.D.N.Y. Case No.: 22-cv-2216 (PAE)(KHP)*

Dear Magistrate Judge Parker:

     I am writing to represent the remaining appearing Defendants, Allcity Medical P.C. and Yan Feldman, in the above-referenced action, and jointly with Plaintiff Bueno and Rivera's counsel.

     The parties have reached a settlement agreement in principal. We are currently collaborating on preparing the required documentation to formalize the resolution. As a result, the Defendants are hereby withdrawing their motion to compel and the parties kindly request the cancellation of the in-person conference scheduled for November 8, 2023. If the Court believes the conference is still necessary, we respectfully request that it be conducted in a virtual or telephonic format.

     The parties thank the Court in advance for its time and attention to this matter.

                          Very truly yours,

---

The Court thanks the parties for this update.  The Case Management Conference scheduled for November 8, 2023 at 2:15 p.m. **is adjourned sine die.**  In light of Defendants' withdrawal of the motion to compel at **ECF No. 142, the** Clerk of **the Court is respectfully directed to terminate that motion as withdrawn**. The parties shall file their letter for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2015) by **Monday, November 27, 2023**.  The parties are reminded that they have the option to consent to my jurisdiction for purposes of approving the settlement.  The consent form is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. Consent may result in a faster and more efficient resolution of the case, but there are no adverse consequences for withholding consent.

---

SO ORDERED:

*Katharine H Parker*    11/6/2023
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE